JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLIFFORD CLEMENTS, individually and d/b/a PLATINUM MEDIA GROUP, | ) ) ) | CASE NO. CV 10-220-R (JEMx) |
| Plaintiff, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| SCREEN GEMS, INC.; SCREEN GEMS DISTRIBUTION, INC.; SCREEN GEMS PRODUCTIONS, INC.; and CLINT CULPEPPER, | ) ) ) ) | |
| Defendants. | ) ) | |

This action came on for hearing before the Court on November 1, 2010, on Defendant Screen Gems, Inc.'s Motion for Summary Judgment.

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1          IT IS HEREBY ORDERED AND ADJUDGED that Screen Gems, Inc.'s Motion for

2     Summary Judgment is GRANTED in its entirety.

3     Dated:  December 13, 2010.

4

5     _____

6                              MANUEL L. REAL
                          UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28